## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

December 18, 2009

Katherine S. Kolon, Esq.  
Legal Services of New Jersey, Inc.  
100 Metroplex Drive  
Suite 402  
Edison, NJ 08818

Dawn K. Miller, Esq.  
Katherine S. Kilon, Esq.  
Legal Services of New Jersey  
100 Metroplex Drive, Suite 402  
Edison, NJ 08818

Gregory T. Alvarez, Esq.  
Jackson & Lewis, LLP  
East Tower, 7th Floor  
220 Headquarters Plaza  
Morristown, NJ 07960-6844

VIA REGULAR & CERTIFIED MAIL,
R.R.R.  
Samuel Velez, Jr.  
314 Cedar Avenue  
Lanoka Harbor, NJ 08734

Carianne P. Torrissi, Esq.  
Rawle & Henderson, LLP  
40 Lake Center Executive Park  
401 Route 73 North, Suite 200  
Marlton, NJ 08053

**LETTER ORDER**

  Re: **Velez v. JB Hunt Transportation, et al.**
     **Civil Action No. 08-6100 (SDW)**

Dear Counsel and Defendants:

  Attorney Katherine S. Kolon, Esq., on behalf of the law firm of Legal Services of New Jersey, Inc., has moved for leave to withdraw as counsel for Plaintiff Samuel Velez, Jr. I have

considered the papers considered in support of the motion.  No papers were filed in opposition to the motion.

This Court finds that good cause exists within the contemplation of R.P.C. 1.16(b)(6) for withdrawal of counsel from this case. Accordingly, the motion for leave to withdraw is granted. Ms. Colon is further ordered to provide her client with a copy of this Order.

All parties are directed to appear before the Court for a status conference on **Thursday, January 7, 2010 at 2:00 p.m.**  Failure to appear will result in sanctions.

**SO ORDERED.**


*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:     Clerk
        Hon. Susan D. Wigenton, U.S.D.J.
        All Parties
        File