<u>EXHIBIT A</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

SAMUEL VELEZ,

          Plaintiff,

v.

JB HUNT TRANSPORTATION SERVICES, INC., USIS SCREENING AND INFORMATION SERVICES, DAC SERVICES, JANE DOE, DR. JOHN DOE, And JOHN DOES 2-5

          Defendants.

Civil Action No. 2:08-cv-06100-SDW-MCA

STIPULATION OF DISMISSAL, WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff Samuel Velez and Defendants J.B. Hunt Transport, Inc., J.B. Hunt Transport Services, Inc., (also referred to within as "J.B. Hunt"), and HireRight Solutions, Inc., formerly known as USIS Commercial Services, Inc., (improperly pled as "USIS Screening and Information Services" and DAC Services)[2] (referred to as "Defendants"), through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's action against Defendants is dismissed in its entirety with prejudice and without costs or attorneys' fees.

_____  
Plaintiff Samuel Velez

02/09/10  
Date

---

[2] Please note that "DAC Services" is not an operating entity separate and apart from HireRight Solutions, Inc., formerly known as USIS Commercial Services, Inc., but, rather, is a trade name utilized by Defendant HireRight Solutions, Inc. (f/k/a USIS Commercial Services, Inc.) in the course of its business.

Attorneys for Plaintiff, Monahan and Gilmore

_____          ____2/9/10_____
By: Jean Cipriani, Esq.                 Date

J.B. Hunt Transport, Inc./J.B. Hunt Transport Services, Inc.

_____          ____2-26-10____
By: Wesley Griffin                      Date

HireRight Solutions, Inc., formerly known as USIS Commercial Services, Inc./DAC Services

_____          ____2/17/10____
By: Mark Mayo, CFO                      Date

So Ordered
this ____ day of March 2010
Susan D. Wigenton, U.S.D.J.